CLEVELAND POLICE PATROLMEN'S ASSOCIATION, APPELLANT,
*v.* CITY OF CLEVELAND, APPELLEE.

[Cite as *Cleveland Police Patrolmen's Assn.
v. Cleveland* (1998), 82 Ohio St.3d 393.]

(No. 97–1615—Submitted May 27, 1998—Decided July 29, 1998.)

———————

*Marshall & D'Angelo* and *Patrick A. D'Angelo,* for appellant.

*Sylvester Summers, Jr.,* Director of Law, and *Claudette Walcott,* Assistant Director of Law, for appellee.

———————

The judgment of the court of appeals is reversed on the authority of *Stewart v. Midwestern Indemn. Co.* (1989), 45 Ohio St.3d 124, 543 N.E.2d 1200.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.